**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 06-86-DLB**
**CIVIL ACTION NO. 08-7039-DLB**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**VS.**                       **ORDER AND JUDGMENT**

**CHRISTOPHER DAVIS**                                                                **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #36); and there being no objections filed thereto, with the time to do so having now expired;[1] and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #36) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of the Court; that Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. #35) be, and it hereby is, **denied** without the need for a response from the United States, pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts**;** and that this matter be, and it hereby is, **dismissed** and **stricken** from the docket of this Court.

---

[1]The Report and Recommendation was filed on October 9, 2008; however, the court record failed to evidence that a copy of the Report and Recommendation was sent to Defendant. Therefore, the ten-day period for filing any particularized objections to the Report and Recommendation ran from and after November 10, 2008, the date the Report was mailed to Defendant, as evidenced by the Clerk's entry on the docket sheet.

**IT IS FURTHER ORDERED AND ADJUDGED** that no certificate of appealability shall issue herein. For the reasons previously set forth in the Magistrate Judge's Report and Recommendation that has now been adopted by this Court; namely, Defendant's prior written waiver of his right to collaterally attack his sentence, the Court certifies that Defendant has not made a substantial showing of the denial of a constitutional right and, accordingly, there would be no arguable merit for an appeal in this matter. Therefore, an appeal would not be taken in "good faith" within the meaning of 28 U.S.C. § 1915(a)(3), nor has Defendant made the requisite showing under 28 U.S.C. § 2253(c) and Rule 22(b) of the Federal Rules of Appellate Procedure.

This 15th day of December, 2008.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Cov06\06-86-R&R-Adopt-Denied.2255.wpd